UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAU CARPENTER, an individual,<br><br>                               Plaintiff,<br><br>v.<br><br>MANDEX INC., a corporation; and DOES 1 through 25, inclusive,<br><br>                              Defendants. | Case No.: 22-CV-1902 JLS (BLM)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>(ECF No. 7) |

      Presently before the Court is the Parties' Stipulation for Dismissal With Prejudice ("Stip.," ECF No. 7). Per the Stipulation, the Parties agree that the above-named action should "be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs." *Id.* at 1. Good cause appearing, the Court **APPROVES** the Stipulation and **DISMISSES** this action **WITH PREJUDICE** as to all claims, causes of action, and Parties, with each Party bearing that Party's own attorneys' fees and costs. As this concludes the litigation in this matter, the Clerk **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: December 22, 2022

                                                    Hon. Janis L. Sammartino
                                                    United States District Judge